UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiffs, | ) | 2:18-CR-0092-DCLC |
| | ) | |
| vs. | ) | |
| | ) | |
| JAMES LEE CRAWFORD, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Magistrate Judge C. Clifford Shirley, Jr. filed a report and recommendation [Doc. 33] recommending that the Court: (1) grant Defendant's motion to withdraw his not guilty plea to Counts Two and Three of the Indictment; (2) accept Defendant's plea of guilty to Count Two of the Indictment, that is possession with intent to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and Count Three of the Indictment, that is knowingly possessing a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A); (3) adjudicate Defendant guilty of the charges set forth in Counts Two and Three of the Indictment; and (4) find that the Defendant shall remain in custody until sentencing in this matter. Neither party filed a timely objection to the report and recommendation. After reviewing the record, the Court agrees with the magistrate judge's report and recommendation. Accordingly, the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation [Doc. 33] pursuant to 28 U.S.C. § 636(b)(1) and **ORDERS** as follows:

(1) Defendant's motion to withdraw his not guilty plea to Counts Two and Three of the Indictment is **GRANTED**;

(2) Defendant's plea of guilty to Count Two of the Indictment, that is possession with intent to distribute 5 grams or more of methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B) and Count Three of the Indictment, that is knowingly possessing a firearm in furtherance of a drug trafficking offense, in violation of 18 U.S.C. § 924(c)(1)(A), is **ACCEPTED**;

(3) Defendant is hereby **ADJUDGED** guilty of the charges set forth in Counts Two and Three of the Indictment; and

(4) Defendant **SHALL REMAIN** in custody until sentencing in this matter, which is set for **April 3, 2020, at 11:00 a.m.** in Greeneville before the Honorable Clifton L. Corker, United States District Judge.

SO ORDERED:

                                                    s/ Clifton L. Corker
                                                    United States District Judge